UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH<br>)<br>) MDL No. 2100<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Nadia Lutchana v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12496-DRH |
| *Kristen Mason v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12013-DRH |
| *Brittany McDonald v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10314-DRH |
| *Christy Mills v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12421-DRH |
| *Melissa Milman v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10344-DRH |
| *Rosemary Montanez v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-13343-DRH |
| *Crystal Morgan v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11501-DRH |
| *Marenthia Moss v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12500-DRH |
| *Catherine Mulligan v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-10560-DRH |
| *Kaleena Newman v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12720-DRH |
| *Sara Nicely v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10327-DRH |
| *Kelly Nolan v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11162-DRH |

| | |
|---|---|
| *Melissa Noyes v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-10162-DRH |
| *Elizabeth Nunez v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10346-DRH |
| *Adrianna Oliverio v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12371-DRH |
| *Janey Ingersoll v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10338-DRH |
| *Melissa Olson v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10316-DRH |
| *Lisa Owens v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-10970-DRH |
| *Kara Pendleton v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-13776-DRH |
| *Shannon Pennington v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-13098-DRH |
| *Crystal Peterson v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10329-DRH |
| *Susan Rabon v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-11495-DRH |
| *April Reiling v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10331-DRH |
| *Lindsey Robertson v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11836-DRH |
| *Tatyanna Rodriquez v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12713-DRH |
| *Donna Nelson-Woodham v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12668-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 20, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

        **JUSTINE FLANAGAN,**
        **ACTING CLERK OF COURT**

        BY: __/s/*Caitlin Fischer*__
        **Deputy Clerk**

Date: October 20, 2014

Digitally signed by David R. Herndon
Date: 2014.10.20 14:39:35 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT